**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOSEPH ARMSTRONG,<br><br>                    Plaintiff,<br><br>          v.<br><br>DEPARTMENT OF COMMERCE,<br><br>                    Defendant. | Case No. 24-cv-3185 (JMC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's motion to dismiss, ECF 24, is **GRANTED**, and this case is **DISMISSED** without prejudice.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: March 27, 2026

1